UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LONNIE TODD BARNES,

  Plaintiff,

              Case No. 1:25-cv-338

v.

              HON. JANE M. BECKERING

CHRISTOPHER WARD,

  Defendant.

_____/

## ORDER

  This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983.  Defendant filed a Motion for Summary Judgment on the ground that Plaintiff failed to exhaust his administrative remedies (ECF No. 13).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 19) on January 16, 2026, recommending that this Court deny the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

  **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 19) is APPROVED and ADOPTED as the Opinion of the Court.

  **IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 13) is DENIED.

Dated: February 17, 2026         /s/ Jane M. Beckering_____
                 JANE M. BECKERING
                 United States District Judge